UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN CHRISTIAN,<br><br>                                    Plaintiff,<br><br>                v.<br><br>NASSAU COUNTY CORRECTIONAL SHERIFF SPOSATO ET AL.,<br><br>                                    Defendants. | **MEMORANDUM AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>17-CV-4417 (LDH) (AKT) |

L<small>A</small>S<small>HANN</small> D<small>E</small>A<small>RCY</small> H<small>ALL</small>, United States District Judge:

On January 31, 2020, United States Magistrate Judge Kathleen Tomlinson issued a Report and Recommendation recommending that this Court dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The parties were given until February 14, 2020, to file objections to the Report and Recommendation.  No objections have been filed.  Where no objections to a Report and Recommendation have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record."  *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011) (quoting *Urena v. New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001)).  The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Tomlinson's Report and Recommendation in its entirety as the opinion of the Court.  Accordingly, Plaintiff's complaint is dismissed in its entirety.

                                                                                    SO ORDERED:

Dated: Brooklyn, New York                            /s/ LDH                              
           April 15, 2020                                        L<small>A</small>S<small>HANN</small> D<small>E</small>A<small>RCY</small> H<small>ALL</small>
                                                                                    United States District Judge